YOUNG v. O'CONNOR et al. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by William M. Young against James O'Connor and Jessie O'Connor. No opinion. Motion denied, with $10 costs. See, also, 126 N. Y. Supp. 1151.

YOUNG v. O'CONNOR et al. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by William M. Young against James O'Connor and Jessie O'Connor. No opinion. Motion denied, with $10 costs. See, also, 126 N. Y. Supp. 1151; supra.

YOUNG, Appellant, v. OGDEN, Respondent. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by William M. Young against Charles W. Ogden. No opinion. Judgment of the Municipal Court affirmed, with costs.

ZAHN et al., Appellants, v. WILSON, Respondent. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by John Zahn and another against James Wilson.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the final award of costs, on the ground that the complaint states a cause of action, and that the plaintiffs on the trial made a case prima facie entitling them to the relief demanded.

ZIEGFELD, Respondent, v. NORWORTH et al., Appellants. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Florenz Ziegfeld, Jr., against Nora B. Norworth and another. W. Klein, for appellants. D. Gerber, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents on the ground that this is not a case in which the court should specifically enforce the contract by injunction. See, also, 140 App. Div. 414, 125 N. Y. Supp. 504.

ZIPKIN, Respondent, v. ROTHENBERG, Appellant. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Nettie Zipkin against Nathan Rothenberg. No opinion. Judgment of the Municipal Court affirmed, with costs.

END OF CASES IN VOL. 127.

*